RECEIVED
IN LAKE CHARLES, LA

SEP - 2 2009
*pam*
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| MARLON JAMES BANKS | : | DOCKET NO. 2:09-cv-577 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| DON DIXON, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that plaintiff's claims regarding his October 2006 arrest be **DISMISSED WITH PREJUDICE** as untimely and further as frivolous and for failing to state a claim on which relief may be granted pursuant to *Heck v. Humphrey* and the provisions of 28 U.S.C. §1915(e)(2) (2009).

**IT IS FURTHER ORDERED** that the remainder of plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** (to their being asserted again until the *Heck v. Humphrey* conditions are met) as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2) (2009).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 2 day of Sept, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE